UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARMADA SHIPPING S.A.,

                Plaintiff,                          08 Civ. 6265 (BSJ)

      - against -

CAPEX EUROPE SAM a/k/a CAPEX EUROPE,

                Defendant.
------------------------------------------------------------X

## ORDER TO UNSEAL CASE

This Court ordered on July 10, 2008, pursuant to Plaintiff's motion that this case be temporarily sealed. Upon application of the Plaintiff, it is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
        July 17, 2008

                                                  SO ORDERED

                                                  _/s/ Barbara S. Jones_
                                                  Hon. Barbara S. Jones
                                                  United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

Jul. 16. 2008 3:47PM    Lennon, Murphy & Lennon, LLC    No. 5968    P. 12
Case 1:08-cv-06265-BSJ    Document 3    Filed 07/18/2008    Page 1 of 1