UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ARMADA SHIPPING S.A.,

        Plaintiff,

- against -

CAPEX EUROPE SAM a/k/a CAPEX EUROPE,

        Defendant.
------------------------------------------------------------X

**DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1**

08 CIV 6265

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are its corporate parent(s) or any publicly traded corporation(s) that own(s) 10% or more of its stock: NONE.

Dated: July 10, 2008
      New York, NY

                                      The Plaintiff,
                                      ARMADA SHIPPING S.A.

                              By: _____
                                    Patrick F. Lennon
                                    Nancy R. Peterson (Siegel)
                                    LENNON, MURPHY & LENNON, LLC
                                    The Gray Bar Building
                                    420 Lexington Avenue, Suite 300
                                    New York, NY 10170
                                    (212) 490-6050 - phone
                                    (212) 490-6070 - fax
                                    pfl@lenmur.com
                                    nrs@lenmur.com